

Home | Profile | My Network | Learning | Jobs | Interests | Business Services | Try Premium for free



# Ricardo Mansur
Entrepenuer

Miami Beach, Florida | Venture Capital & Private Equity

| | |
|---|---|
| Current | Ricardo Mansur |
| Previous | ROB - REFINO DE ÓLEOS BRASIL, LATICÍNIOS FLOR DA NATA LTDA, LECO FOOD PRODUCTS COMPANY |
| Education | Mogi das Cruzes University |

**Send Ricardo InMail**

**0** connections

https://www.linkedin.com/in/ricardo-mansur-9782445b    Contact Info



**Background**

 Summary

With humble beginnings and massive dreams, Ricardo Mansur has developed a career that has spanned as well as presented many opportunities for growth. From his humble beginnings as a real-estate investor to his contributions to society; Ricardo Mansur has dedicated his life to building a positive as well as socially aware business portfolio.

 Experience

**Entrepenuer**
Ricardo Mansur
January 1996 – Present (20 years 11 months)

Angel Investor: Several interests globally, including internet start-ups.
Real Estate Development: Many interests within South America
Real Estate Development: Several interests in the USA

**Shareholder**
ROB - REFINO DE ÓLEOS BRASIL
1995 – 2008 (13 years) | Brazil

In September of 1995, LECO company acquired the industries ROB - REFINO DE ÓLEOS BRASIL (Oil Refinery), a traditional vegetation oil company that was in the market since 1920. The refiner was in São Caetano do Sul (São Paulo Estate) and it's capacity was 9.000 ton/month.

The most relevant products were edible vegetable oils (soy/corn/sunflower), vegetable fat for the food industry and margarine.

In May 18th 2001, ROB – REFINO DE OLEOS BRAZIL inaugurate a new refinery in Anapolis (State of Goias), increasing the production to 8.000 tons/month.

**Shareholder**
LATICÍNIOS FLOR DA NATA LTDA
1989 – 2008 (19 years) | Brazil

In July 1989,the stockholders of VIGOR GROUP the "LATICÍNIOS FLOR DA NATA LTDA", that permitted the capacity increasing of milk collect and expansion of sales.

Products: White fresh cheese, traditional yellow cheese, regular and light cottage cheese.

**Shareholder**
LECO FOOD PRODUCTS COMPANY

**People Also Viewed**

 **Ricardo A. Mansur Pimentel**
Gerente Comercial e Marketing na SM&A Sistemas Elétricos Ltda.

 **Tom Jennings**
Business Executive and Entrepenuer

 **David Rose**
Real Estate Finance Entrepenuer

 **Sandra Camelo**
--

 **Sandra Camelo**
PhD researcher, Goldsmiths, University of London

 **Tatiana Mazza**
Superintendente de clientes na MarketData

 **Sandra Camelo**
Gerente Gestion Humana en Carvajal Tecnologia y Servicios

 **Tatiana Mazza**
Arquiteta na Natura

 **Tatiana Mazza**
Diretora de Marketing de Relacionamento na Giovanni+Draftfcb

 **Sandra Camelo**
Desempregada

| Search for people, jobs, companies, and more… | Advanced   

Home | Profile | My Network | Learning | Jobs | Interests | Business Services | Try Premium for free

### CEO/President/Shareholder
VIGOR S.A
1971 – 2008 (37 years) | Brazil

There were more than 20 factories that manufactured all types of dairy products including: butter, all types of cheese, yogurts, cream cheese, milk (in natura / plastic bags) and in Tetrapak (long life milk), fruit juices, chocolate milk, whipped cream, condensed milk, mayonnaise, groceries products and more.

Since it's founding, VIGOR S.A was among the 5 largest milk and derivatives producers in Latin America, producing more than 1 million liters/day.

Under Ricardo Mansur VIGOR S.A became well known for their "innovation" and "pioneering" ways, changing the industry.

VIGOR S.A also launched the most famous brand in Latin America that became the reference and almost a seal of quality called Queijo Faixa Azul (Blue Stripe Cheese), produced in São Gonçalo do Sapucaí (southwest of Brasil – Minas Gerais).

This region was chosen because producing this specific kind of cheese, the milk needed to be of the highest quality, and this quality level took VIGOR S.A to be one of the most unique to export this product to developed countries such as the United States and Europe.

Ricardo Mansur also brought to Brazil the newests technologies to pasteurize milk and to produce "the ultra-filtered" white cheese. This last one in a Joint Venture with the danish group "MD FOODS A/S" - who supplied 50% of the capital. This partnership increased the cheese production to more than 900 tons/month.

In a partnership with SUDMILCH – BADER WUTEMBERG, the largest German diary co-op, VIGOR S.A. produced what was considered the highest quality Yogurt in South America.

VIGOR S.A also surprised the industry by bringing to the country the Long Life Milk, using Tetrapak technologie to conserve the content for longer periods. Ricardo and his brother updated the entire industry infrastructure, buildings, machinery and equipment during their administration for the IPO that occurred 1984. The first dairy industry listed in the Brazilian stock market.

### Shareholder
Food Industries Carlos de Brito S.A – FabricaPeixe
1975 – 1985 (10 years) | Brazil

In 1975 Ricardo Mansur and his brother bought Food Industries Carlos de Brito S.A – Fabrica Peixe. The company started their activities in 1898.

The brand specialized in tomatoes puree, all kind of ready sauces, tomato sauce, ketchup, mustard, barbecue sauce, compote pastes, jams and spices, candied chestnut, guava paste, marmalade and many other food products.

Ricardo also brought to Brazil, the technologies of the best ketchup in the world, in a partnership with the American food company HEINZ.

They were the second biggest canning company in Brazil. The conglomerate had 2 factories (Pesqueira-PE e Taquaritinga –SP), more than 60 tomatoes farms, 600 employees and 25 contracted schools for them, in northeast of the country (Recife/Pernambuco/Pesqueira) and after that in Taquaritinga, southeast of Brazil.

At the time Food Industries Carlos de Brito S.A. was controlled by the multinational group BRASCAN S/A, during that period they were facing a severe financial crises. Ricardo acquired the group for $10 million dollars and one year after, the factories were collecting excellent profits and revenues.

Ricardo Mansur sold the company, 10 years after, to a large construction group – Norberto Odebrecht Group.

### Co-Owner
BAN- TAN RAMENZONI S/A
1969 – 1976 (7 years) | Brazil

One year after acquiring the stationery shop, m y brother and I purchased "BAN- TAN RAMENZONI S/A" industries. A traditional industry, that commercialized manufactured products with 3.000 employees.

Home | Profile | My Network | Learning | Jobs | Interests | Business Services | Try Premium for free

Search for people, jobs, companies, and more... | Advanced

Purchased first business with my father and brother, a stationery shop, called PAPELARIA E TIPOGRAFIA SÃO BENTO.

## Languages

**Portuguese**

**Spanish**

**English**

**Italian**

**French**

**Arabic**

## Education

**Mogi das Cruzes University**
Master of Laws (LLM), Law

**Pontificea Catolica University (PUC)**
Bachelor of Laws (LLB), Law

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2016 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback